USCA Case #11-7153    Document #1374505    Filed: 05/18/2012    Page 1 of 1

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 11-7153**                    **September Term 2011**

**1:05-cv-01437-RCL**

**Filed On: May 18, 2012** [1374505]

DL, et al.,

      Appellees

    v.

District of Columbia, A Municipal
Corporation, et al.,

      Appellants

----------------------------

Consolidated with 12-7042

## O R D E R

It is **ORDERED**, on the court's own motion, that case No. 11-7153 be returned to the court's active docket.  It is

**FURTHER ORDERED** that these cases be consolidated.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

            BY:   /s/
                     Amy Yacisin
                     Deputy Clerk